# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00491-FDW-DCK

| | |
|---|---|
| EMILY DENNIS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER CORPORATION; BAYER HEALTHCARE LLC; BRACCO DIAGNOSTICS, INC.; and MCKESSON CORPORATION; | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Elizabeth Martineau, concerning Kurt M. Rozelsky on February 27, 2019. Mr. Kurt M. Rozelsky seeks to appear as counsel *pro hac vice* for Defendant McKesson Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. Kurt M. Rozelsky is hereby admitted *pro hac vice* to represent Defendant McKesson Corporation.

**SO ORDERED**.

Signed: February 27, 2019

David C. Keesler
United States Magistrate Judge