IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00491-FDW-DCK

| | |
|---|---|
| EMILY DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER CORPORATION; BAYER HEALTHCARE LLC; BRACCO DIAGNOSTICS, INC.; and MCKESSON CORPORATION; | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) filed by Patrick M. Wallace, concerning Matthew R. McCarley on March 22, 2019. Mr. Matthew R. McCarley seeks to appear as counsel *pro hac vice* for Plaintiff Emily Dennis. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) is **GRANTED**. Mr. Matthew R. McCarley is hereby admitted *pro hac vice* to represent Plaintiff Emily Dennis.

**SO ORDERED**.

Signed: March 22, 2019

David C. Keesler
United States Magistrate Judge