IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-491-FDW-DCK

| | |
|---|---|
| EMILY DENNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS INC.; BAYER ) | |
| CORPORATION; BAYER HEALTHCARE ) | |
| LLC; BRACCO DIAGNOSTICS, INC.; and ) | |
| MCKESSON CORPORATION; ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) filed by Gregory w. Brown and Amy H. Wooten, concerning Paul S. Penticuff on April 11, 2019. Paul S. Penticuff seeks to appear as counsel *pro hac vice* for Defendant Bracco Diagnostics, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) is **GRANTED**. Paul S. Penticuff is hereby admitted *pro hac vice* to represent Defendant Bracco Diagnostics, Inc.

**SO ORDERED**.

Signed: April 12, 2019

David C. Keesler
United States Magistrate Judge