IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-491-FDW-DCK

| | |
|---|---|
| EMILY DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER CORPORATION; BAYER HEALTHCARE LLC; BRACCO DIAGNOSTICS, INC.; and MCKESSON CORPORATION; | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 30) filed by Gregory w. Brown and Amy H. Wooten, concerning Thomas N. Sterchi on April 11, 2019. Thomas N. Sterchi seeks to appear as counsel *pro hac vice* for Defendant Bracco Diagnostics, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 30) is **GRANTED**. Thomas N. Sterchi is hereby admitted *pro hac vice* to represent Defendant Bracco Diagnostics, Inc.

**SO ORDERED**.

Signed: April 12, 2019

David C. Keesler
United States Magistrate Judge