IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-491-FDW-DCK

| | |
|---|---|
| EMILY DENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER CORPORATION; BAYER HEALTHCARE LLC; BRACCO DIAGNOSTICS, INC.; and MCKESSON CORPORATION; | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 46) filed by Stephen D. Feldman, concerning Jennifer L. Greenblatt on April 18, 2019. Ms. Jennifer L. Greenblatt seeks to appear as counsel *pro hac vice* for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 46) is **GRANTED**. Ms. Jennifer L. Greenblatt is hereby admitted *pro hac vice* to represent for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC.

**SO ORDERED**.

Signed: April 19, 2019

David C. Keesler
United States Magistrate Judge