# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-491-FDW-DCK

| | |
|---|---|
| EMILY DENNIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYER HEALTHCARE )<br>PHARMACEUTICALS INC.; BAYER )<br>CORPORATION; BAYER HEALTHCARE )<br>LLC; BRACCO DIAGNOSTICS, INC.; and )<br>MCKESSON CORPORATION; )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 47) filed by Stephen D. Feldman, concerning Edward J. Dumoulin on April 18, 2019. Mr. Edward J. Dumoulin seeks to appear as counsel *pro hac vice* for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 47) is **GRANTED**. Mr. Edward J. Dumoulin is hereby admitted *pro hac vice* to represent for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC.

**SO ORDERED**.

Signed: April 19, 2019

David C. Keesler
United States Magistrate Judge